IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEROME RATLIFF, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**J&R SCHUGEL TRUCKING, INC.,** )<br>)<br>**Defendant.** ) | **Case No. 1:16-cv-09326**<br><br>**Honorable Harry D. Leinenweber** |

**JOINT STIPULATION TO STAY PROCEEEDINGS
PENDING MEDIATION AND PROPOSED SCHEDULE**

Plaintiff, Jerome Ratliff, Jr., and Defendant, J&R Schugel Trucking, Inc., by and through their respective undersigned counsel (collectively, the "Parties"), respectfully request that this action be briefly stayed pending mediation in accordance with the schedule described below. In support of their request, the Parties state as follows:

1. In this action, Plaintiff seeks to represent a putative class of individuals to pursue a claim pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Defendant previously requested, by agreement with Plaintiff, an extension of its deadline to file a responsive pleading or motion as it relates to Plaintiff's Complaint until November 2, 2016.

2. The Parties have agreed to attempt to resolve this matter through private mediation before the Honorable Judge Wayne R. Andersen (Ret.) of JAMS Chicago in a proactive effort to attempt to find an early resolution of this case. The Parties are currently in the process of selecting a mutually agreeable mediation date from Judge Andersen's calendar and expect that they will finalize the scheduling of the mediation shortly.

3. In order to avoid depleting the resources that might otherwise be available for settlement and in the interests of judicial economy, the Parties respectfully request that the Court stay this matter briefly for the purpose of allowing the Parties to engage in mediation, following the disclosure of certain information by Defendant.

4. To facilitate settlement discussion and the mediation process, the Parties have agreed to the following:

    a. The Parties will engage in settlement discussions facilitated by a mutually agreeable private mediator to be completed prior to January 31, 2017;

    b. No later than 30 days prior to the date of the Parties' scheduled mediation, Defendant will disclose: (i) the total number of individuals who applied online for a job with Defendant on or after July 28, 2014, and who were denied employment based in whole or in part on information contained in a consumer report; (ii) a copy of any potentially applicable insurance policy; (iii) Defendant's applicable policies and procedures governing its adverse action letters; and (iv) copies of any relevant form letters or templates used by Defendant for adverse action letters during the relevant time period; and

    c. The Parties shall provide notice to the Court regarding the status of their settlement discussions no later than Tuesday, February 7, 2017.

5. Notwithstanding this Stipulation, the Parties agree that, should this case not settle, Plaintiff retains the burden to move for and obtain class certification, Defendant retains the right

to oppose such a motion, and that this Stipulation shall not serve as an admission of liability or otherwise impair Defendant's defenses to Plaintiff's claims.

WHEREFORE, for each of the foregoing reasons, the Parties respectfully request this Honorable Court to stay this matter pending mediation.

Dated: November 2, 2016                    Respectfully submitted,

                                            J&R SCHUGEL TRUCKING, INC.

                                            By: s/ *Peter J. Gillespie*
                                                    One of Its Attorneys

Robert T. Bernstein
Peter J. Gillespie
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, IL 60654
(312) 467-9800
(312) 467-9479 (fax)

                                            JEROME RATLIFF, JR.

                                            By:   s/ *J. Dominick Larry*
                                                    Attorneys for Plaintiff

Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 N. LaSalle St., 13th Floor
Chicago, IL 60654
brichman@edelson.com
nlarry@edelson.com

## CERTIFICATE OF SERVICE

Peter J. Gillespie, an attorney, hereby certifies that he caused **JOINT STIPULATION TO STAY PROCEEEDINGS PENDING MEDIATION AND PROPOSED SCHEDULE** to be filed via electronic filing with the Clerk of the Court and to the Parties of record listed below via operation of the Court's electronic filing system on this 2nd day of November, 2016, addressed to:

>Benjamin H. Richman
>J. Dominick Larry
>Edelson PC
>350 N. LaSalle St., 13th Floor
>Chicago, IL 60654
>brichman@edelson.com
>nlarry@edelson.com

/s/ *Peter J. Gillespie*